IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Michael Calloway
 Plaintiff

v.

Defendant.

**CIV-10-754 D**

FILED
JUL 1 6 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____W_____ DEPUTY

1. Don Brown
2. Kenny Wynns
3. Shawn Wright
4. Drew Edmondson
5. Nicole Nantois
6. Mike Fogarty
7. Lynn Mitchell
8. Kelly Schropshire
9. Justin Etchinson
10. Cris Bergin
11. Howard Polatta
12. Sara Walker
13. Tammy Nabb
14. Cindy Roberts

All sued in their individual and official capacities.

SAMPLE #2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

*Michael Calloway*   )
                    )
                    )
                    )
        Plaintiff,  )
                    )
vs.                 )   CASE NO. _____
                    )
                    )
                    )
        Defendant.  )

## COMPLAINT

For its complaint under 31 U.S.C. § 3729 ALSO for code 42 U.S.C. § 1983. Plaintiff is a provider of medical services to patients. Allege that the defendants official for the Oklahoma Health Care Authority ("OHCA") and the Oklahoma Attorney Generals office acted under act as 1) to conspire to defraud the government by getting false or fraudulent claims allowed 2) Knowingly makes, uses, or causes to be made or used, a false record or statement to get a fraudulent claim paid or approved by the government.

Michael Calloway
P.O. Box 2031
Edmond, OK 73083

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.

(Revised 4/15/08 - Pro Se Complaint)