UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA



FILED
JUL 1 6 2010
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Michael Calloway
_____
                                    )
                                    )
vs.                    Plaintiff(s) )   Case No. _____
Don Brown ET All                    )
_____           )   CIV-10-754-D
                                    )
                                    )
                       Defendant(s) )

### PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Don Brown | | 313 NE 21. St OKC, OK 73105 | CM/RRR |
| Kenny Wynns | | " | " |
| Shawn Wright | | " | " |
| Drew Edmondson | | " | " |

Michael Calloway
Name of Plaintiff                                   (Please Type or Print)

_____
Signature (Plaintiff)

Telephone No. 405-241-6147

P.O. Box 2031
Street or Mailing Address

Edmond, OK                              73083
City & State                            Zip Code

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
_____          )
_____          )
                                 )
                                 )
_____          )
                                 )
vs.              Plaintiff(s)    )   Case No. _____
                                 )
_____          )
                                 )
_____          )
              Defendant(s)       )
```

**CIV-10-754    D**

### PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:    Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Nicole Nantois | | 4545 N. Lincoln Blvd Ste. 124 OKC, OK 73105 | CM/ RRR |
| Mike Fogarty | | '' | '' |
| Lynn Mitchell | | '' | '' |
| Kelly Schropshire | | '' | '' |

_____        (Please Type or Print)
Name of Plaintiff

_____
Signature (Plaintiff)

Telephone No. _____

_____
Street or Mailing Address

_____                    _____
City & State                                        Zip Code

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
_____       )
                               )
_____       )
                               )
vs.            Plaintiff(s)    )   Case No. _____
                               )
_____       )
                               )   CIV-10-754  D
_____       )
               Defendant(s)    )
```

## PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Justin Etchinson | | 4545 N. Lincoln Blvd STE. 124 OKC, OK 73105 | B M / RKR |
| Chas Bergin | | " | " |
| Howard Polatta | | " | " |
| Sara Walker | | " | " |

_____        (Please Type or Print)
Name of Plaintiff

_____
Signature (Plaintiff)

Telephone No. _____

_____
Street or Mailing Address

_____        Zip Code
City & State

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| _____<br>_____<br>vs.                                Plaintiff(s)<br>_____<br>_____<br>                                  Defendant(s) | )<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>) |

**PRO SE LITIGANT'S REQUEST FOR ISSUANCE OF SUMMONS**
(Required by LCvR 3.1)

TO THE CLERK OF SAID COURT:   Please issue summons in this case for the persons listed below.

| Name of Defendant(s) | Service Agent (if any) | Address for Service | Type of Service |
|---|---|---|---|
| Tammy Nabb |  | 4545 N. Lincoln Blvd<br>Ste 124<br>OKC, OK 73105 | CM/<br>RRR |
| Cindy Roberts |  | // |  |
|  |  |  |  |
|  |  |  |  |

Name of Plaintiff _____ (Please Type or Print)

Signature (Plaintiff) _____

Telephone No. _____

Street or Mailing Address _____

City & State _____   Zip Code _____