

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

AUG 2 7 2010

Plaintiff's verta Cobra
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | | |
|---|---|---|
| MICHAEL CALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. CIV-10-754-D |
| | ) | |
| DON BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Motion for Extension of Time

COMES NOW, the Plaintiff, Michael Calloway, pro se, pursuant to Rule 7 and respectfully requests an extension of time to file an amended complaint in the above-entitled Cause. In support of the motion, the Plaintiff argues as follows:

1. The Plaintiff filed the above-entitled complaint pro se.

2. On August 18, 2010, the Court issued an Order to Show Cause. The Show Cause Order directed Plaintiff to file an amended complaint by August 27, 2010 or subject the complaint to being dismissed without prejudice. Dk# 6

3. As a pro se litigant, the Plaintiff has had a difficult time preparing the amended complaint to satisfy Rule 8(a) in the timeframe order by the Court.

4. Plaintiff requests a ninety (90) day extension of time to file an amended complaint.

5. An extension of time will not prejudice any of the Defendants.

WHEREFORE, the Plaintiff respectfully requests a 90 extension of time to file its amended complaint.

Respectfully Submitted,

Michael Calloway
Pro se
P.O. Box 2031
Edmond, Ok 73083