IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL CALLOWAY, )
 )
        Plaintiff, )
 )
v. )   Case No. CIV-10-754-D
 )
DON BROWN, *et al.*, )
 )
        Defendants. )

**O R D E R**

On August 18, 2010, the Court ordered Plaintiff to "comply with the Order of July 31, 2010 [Doc. No. 5], or show cause why this action should not be dismissed without prejudice to refiling, not later than August 27, 2010." *See* Order to Show Cause [Doc. No. 6]. On the deadline for a response, Plaintiff filed a Motion for Extension of Time [Doc. No. 7], which does not conform to LCvR7.1(h) of the Court's local rules.[1] Plaintiff requests an additional 90 days to comply with the July 31 Order, which directed him to file an amended complaint that satisfies Fed. R. Civ. P. 8(a). The only stated reason is that Plaintiff is appearing *pro se* and finds it difficult to prepare a sufficient pleading.

The Court finds that Plaintiff has not provided an adequate basis for the requested extension of time. Federal pleading requirements are not onerous. Rule 8(a) requires only a "short and plain statement" of the claim, the grounds for jurisdiction, and the relief sought. Plaintiff's lack of legal training does not warrant an additional 90 days to draft a complaint. Plaintiff was informed a month

---

[1] Plaintiff is advised that *pro se* litigants must follow the same procedural rules that govern represented parties. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005); *United States v. Ceballos-Martinez*, 387 F.3d 1140, 1145 (10th Cir. 2004); *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir.1994)). In the future, Plaintiff should consult and conform his filings to the Local Civil Rules; he may obtain a copy from the Court's website or the Clerk's Office.


ago that his original pleading was deficient and why it was deficient. An additional 30 days gives Plaintiff ample opportunity to prepare an amended complaint.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time [Doc. No. 7] is GRANTED in part and DENIED in part. Plaintiff shall comply with the Order of July 31, 2010 [Doc. No. 5] directing him to file an amended complaint, or shall show cause why this action should not be dismissed without prejudice to refiling, not later than September 29, 2010.

    IT IS SO ORDERED this __30th__ day of August, 2010.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE