IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL CALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-10-754-D |
| ) | |
| DON BROWN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

By Order of July 30, 2010, the Court found that Plaintiff's *pro se* Complaint did not satisfy Fed. R. Civ. P. 8(a) and failed to provide fair notice of his claim. The Court explained in the Order why the Complaint was deficient and what Rule 8(a) requires, and directed Plaintiff to file an amended complaint not later than August 16, 2010. Plaintiff failed to comply with the July 30 Order. Therefore, on August 18, 2010, the Court issued its Order to Show Cause, directing Plaintiff either to comply with the July 30 Order or to show cause why this action should not be dismissed without prejudice to refiling. Within the time period for a response, Plaintiff requested an extension of time to file an amended pleading. Accordingly, the Court granted Plaintiff an additional 30 days, or until September 29, 2010, to either file an amended complaint or show cause why this action should not be dismissed.

To date, Plaintiff has made no further filings in the case and taken no further action. He has neither complied with the Court's prior orders nor requested additional time to comply. Plaintiff has thus disregarded court orders and failed to proceed as required by court rules. Under these circumstances, the Court finds that a dismissal without prejudice is appropriate, as an exercise of the Court's inherent authority to manage its docket so as to achieve the orderly disposition of cases.

*See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 856 (10th Cir. 2005).

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to refiling.

IT IS SO ORDERED this  30th   day of September, 2010.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE